IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE

    Plaintiff,

v.                                      CASE NO.  4:14cv341-RH/CAS

MIKE WOMBLE
SAM E, BRUCE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6 and the objections, ECF No. 7.  I have reviewed de novo the issues raised by the objections.

The report and recommendation is correct and is adopted as the court's opinion.  In a prior case, the plaintiff challenged the very same conduct that he challenges here.  His claims were properly rejected then and are properly rejected now.  And now there is an additional basis to reject the claims: they are barred by the statute of limitations.  Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on August 3, 2014.

s/Robert L. Hinkle
United States District Judge